00CV1536MotJudgment

**FILED**

2003 NOV 20 P 2: 05

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSE QUINTANA,<br>Plaintiff | : 3:00CV1536 (AHN) |
| VS. | : |
| JOHN J. ARMSTRONG,<br>Defendant | : NOVEMBER 14, 2003 |

### PETITIONER'S MOTION FOR ENTRY OF JUDGMENT PURSUANT TO RULE 58

The petitioner, Jose Quintana, respectfully requests that this Court direct the Clerk to enter judgment pursuant to Rule 58 of the Rules of Civil Procedure. In support hereof, the undersigned represents as follows:

1. This Court, Nevas, J., ratified the Magistrate Judge's recommended ruling on October 10, 2003.

2. It is the intent of the petitioner, Jose Quintana, to take an appeal to the United States Court of Appeals for the Second Circuit.

3. A jurisdictional requirement for an appeal is the entry of judgment.

4. As of this date, a check of the electronic docket sheet reflects that no judgment has been entered in this case.

5. The petitioner is requesting the Court enter judgment so that he may file a timely notice of appeal.

1

12/01/03. GRANTED. SO ORDERED.

ALAN H. NEVAS, U.S.D.J.