UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOSE QUINTANA

v.                                          3:00cv1536 (AHN)

JOHN J. ARMSTRONG

### JUDGMENT

This action came on for consideration on petition for writ of habeas corpus before the Honorable Holly B. Fitzsimmons, United States Magistrate Judge and the Honorable Alan H. Nevas, Senior United States District Judge.

On September 30, 2003, Recommended Ruling on Petition for Writ of Habeas Corpus was filed. On October 10, 2003, the recommended ruling was approved, adopted and ratified.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendant and the case is closed.

Dated at Bridgeport, Connecticut, this 1st day of December, 2003.

KEVIN F. ROWE, Clerk

By _____
Deputy Clerk

Entered on Docket _____

FILED 2003 DEC -1 P 3: 21