UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSE QUINTANA,      : | |
|     Plaintiff      : | 3:00CV1536 (AHN) |
|         : | |
| VS.      : | |
|         : | |
| JOHN J. ARMSTRONG,      : | |
|     Defendant      : | JANUARY 8, 2004 |

## PETITIONER'S NOTICE OF APPEAL

_____The petitioner herewith files notice of his intent to appeal the trial court's dismissal of his writ of habeas corpus. Judgment entered in this case on December 10, 2003.

                                       THE PETITIONER
                                       JOSE QUINTANA

BY    _____
      NORMAN A. PATTIS
      51 Elm Street, Suite 409
      New Haven, CT 06510
      Telephone: (203) 562-9931
      Fed. Bar No. ct13120
      Petitioner's Attorney

1

CERTIFICATION

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on the above date, to the following parties and counsel of record:

Attorney JoAnn Sulik
300 Corporate Place
Rocky Hill, CT 06067


_____
NORMAN A. PATTIS