# DISTRICT OF CONNECTICUT - BRIDGEPORT
## NOTICE OF APPEAL COVER MEMO

**DATE:** January 14, 2004   **TO:** Intake Clerk

FILED

**FROM:** Judith D. Fazekas (203) 579-5951

2004 FEB -4 P 12: 00

**CASE TITLE:** Jose Quintana v. John J. Armstrong

US DISTRICT
BRIDGEPORT

**DOCKET NO.:** 3:00CV1536(AHN)

**NOTICE OF APPEAL:** filed: January 8, 2004

**APPEAL FROM:** final judgment: YES

interlocutory: __

other: __

**DOCKET SHEET:** Attorney, updated address & phone number for each party  Y

All parties are listed on Docket Sheet
(Including Third Parties)  Y

All docket entries and dates are included  Y

**FEE STATUS:** Paid ✓   Due ____ N/A ____

IFP revoked ____   Application Attached ____

IFP pending before district judge ____

**COUNSEL:** CJA ____   Retained ✓   Pro Se ____

**TIME STATUS:** Timely ✓   Out of Time ____

**MOTION FOR
EXTENSION OF TIME:** Granted ____   Denied ____

**COA:** Granted ____   Denied ____

**COMMENTS AND CORRECTIONS:**

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

**SIGNED:** Patricia Hattera   **DATE:** 2/2/04
DEPUTY CLERK, USCA