**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURTHOUSE
40 FOLEY SQUARE
NEW YORK 10007

Roseann B. MacKechnie
CLERK

2005 MAR 28 A 10: 06

U.S. DISTRICT COURT
NEW HAVEN, CT

Date: 3/17/05
Docket Number: 04-0560-pr
Short Title: Quintana v. Armstrong
DC Docket Number: 00-cv-1536
DC: DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge: Honorable Alan Nevas

DC Initials DCCT, New Haven

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 17 day of March two thousand five.

Jose Quintana,

    Plaintiff-Appellant,

v.

John J. Armstrong,

    Defendant-Appellee.

A notice of appeal having been filed from an order denying relief in a application brought under the provisions of 28 U.S.C. Section 2254, and it appearing that the file of the proceedings does not contain either a certificate of appealability or a denial thereof, it is

**ORDERED** that the said appeal be, and it hereby is, dismissed without prejudice to the appeal being reinstated upon notice to the Clerk within 30 days from the entry of an order by the district judge granted or denying a certificate of appealability.

In accordance with Rule 22(b) of the Federal Rules of Appellate Procedure, and Second Circuit Rule 22a, you are hereby directed to promptly move for a certificate of appealability in the district court.

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK

Very truly yours,

Roseann B. MacKechnie, Clerk

By: /s/
Elizabeth Munoz
Deputy Clerk

Certified: MAR 1 7 2005