UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSE QUINTANA | : |
| VS. | : |
| | : NO. 3:00CV1536(AHN) |
| JOHN J. ARMSTRONG | : MARCH 18, 2005 |

REQUEST FOR CERTIFICATE OF APPEALABILITY

    The petitioner, Jose Quintana, requests a Certificate of Appealability pursuant to Rule 22 of the Federal Rules of Appellate Procedure. In support hereof, the petitioner represents as follows:

1. The petitioner filed a writ of habeas corpus in this Court on August 14, 2000, attacking his underlying conviction in the State of Connecticut on state charges.

2. On October 10, 2003, this Court endorsement the recommended ruling of a Magistrate Judge denying the relief requested.

3. Judgment entered for the respondent on December 2, 2003.

4. The petitioner filed a notice of appeal on January 8, 2004.

5. The appeal is currently pending on the docket of the appellate court and bears docket number 04–0560PR.

6. The undersigned did not seek a certificate of appealability as required by FRAP Rule 22 prior to the time of filing his notice of

appeal.

7. The undersigned has been informed that the Appellate Court is prepared to dismiss the appeal for failure to file such a certificate and seeks now the required certification.

8. The issue framed for appeal is whether the trial court erred in dismissing the petition by reaching an unreasonable interpretation of federal law in holding that the petitioner's conviction should not be set aside when the State failed to disclose that it had offered financial consideration to a witness.

9. The respondent's counsel, JoAnn Sulik, consents to the granting of this certificate.

10. On March 17, 2005, the undersigned was notified by a clerk of the Court of Appeals that the petitioner's appeal would be dismissed without prejudice for resubmission upon presentation of the aforesaid certificate.

THE PETITIONER


BY_____
        Norman A. Pattis
        Williams and Pattis, LLC
        51 Elm Street, Suite 409
        New Haven, CT 06510
        203.562.9931
        FAX: 203.776.9494
        Federal Bar No. 13120
        His Attorney

CERTIFICATION

_____ This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid, on March 21, 2005, to the following counsel of record:

Attorney JoAnn Sulik
Office of Chief State's Attorney
Appellate Bureau
300 Corporate Place
Rocky Hill, CT 06067


_____
Norman A. Pattis