UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 AUG -8  P 12: 40
DISTRICT COURT

JOSE QUINTANA

vs.

JOHN J. ARMSTRONG

APPEARANCE

Case Number: 3:00CV1536(AHN)

AUGUST 5, 2005

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for JOSE QUINTANA.

August 5, 2005
Date

*[signature]*
Signature

ct25759
Connecticut Bar Number

Kim Coleman Waisonovitz
Print Clearly or Type Name

203-393-9745
Fax Number

649 Amity Road, P.O. Box 280
Address

kwaisonovitz@sbcglobal.net
E-mail address

Bethany, CT 06524-0280

203-393-3017
Phone Number

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on May 9, 2005 to the following:

Attorney JoAnn Sulik
Office of Chief State's Attorney
Appellate Bureau
300 Corporate Place
Rocky Hill, CT 06067

*[signature]*
KIM COLEMAN WAISONOVITZ