UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

2005 AUG -8  P 12: 40

JOSE QUINTANA                              :

VS.                                                    :

                                                         : NO. 3:00CV1536(AHN)

JOHN J. ARMSTRONG                    : AUGUST 5, 2005

## MOTION FOR EXTENSION OF TIME

The petitioner, Jose Quintana, requests an Extension of Time of ten days to file the Certificate of Appealability pursuant to Rule 22 of the Federal Rules of Appellate Procedure. In support hereof, the petitioner represents as follows:

1. Petitioner's attorney is out of town and will return on August 15, 2005.

THE PETITIONER,

BY _____
KIM COLEMAN WAISONOVITZ
649 Amity Road, P.O. Box 280
Bethany, CT 06524
203.393.3017
FAX: 203.393.9745
Federal Bar No. 25759
His Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid, on August 5, 2005, to the following counsel of record:

Attorney JoAnn Sulik
Office of Chief State's Attorney
Appellate Bureau
300 Corporate Place
Rocky Hill, CT 06067

KIM COLEMAN WAISONOVITZ