UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

JOSE QUINTANA                                    :

VS.                                              :
                                                 : NO. 3:00CV1536(AHN)(HBF)

JOHN J. ARMSTRONG                                : AUGUST 29, 2005


**MOTION FOR EXTENSION OF TIME TO FILE CERTIFICATE OF APPEALABILITY**

The petitioner requests that this Court grant, nunc pro tunc, this motion for permission to file a certificate of appealability in the United States Court of Appeals for the Second Circuit. In support hereof, the petitioner represents as follows:

1.   This Court granted the permission 10 days in which to file a certificate by order dated August 4, 2005. As this period is less than 11 days, the due date of the petition was initially August 18, 2005.

2.   Counsel for the petitioner was leaving the office for a brief vacation when the aforesaid court order arrived and immediately had an associate of his firm move for an additional ten days. That order was subsequently granted, extending the due date until August 28, 2005, which falls upon a Sunday. The actual due date is August 29, 2005.

3.   The petitioner this date caused a copy of the petition to be send via overnight mail to the United States Court of Appeals for the Second Circuit in New York City, and is requesting this Court extend the due date until August 30, 2005.

4.   Counsel's failure to submit the motion to the appellate court is a product

of excusable neglect as he was on vacation when the first order issued,
and immediately began a length criminal trial upon his return from
vacation.

5.     I have been unable to ascertain the position of the State of Connecticut as
to this motion.


THE PETITIONER,


BY_____

            NORMAN A. PATTIS
            649 Amity Road, P.O. Box 280
            Bethany, CT 06524
            203.393.3017
            FAX: 203.393.9745
            Federal Bar No. 13120
            His Attorney


CERTIFICATION

_____This is to certify that a copy of the foregoing was mailed, first class mail, postage
prepaid, on August 29, 2005, to the following counsel of record:

Attorney JoAnn Sulik
Office of Chief State's Attorney
Appellate Bureau
300 Corporate Place
Rocky Hill, CT 06067


_____
            NORMAN A. PATTIS