UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSE QUINTANA | : |
| VS. | : |
| | : NO. 3:00CV1536(AHN) |
| JOHN J. ARMSTRONG | : JUNE 23, 2006 |

### REQUEST FOR A NEW CERTIFICATE OF APPEALABILITY

The petitioner, Jose Quintana, requests that this Court issue another Certificate of Appealability pursuant to Rule 22 of the Federal Rules of Appellate Procedure. In support hereof, the petitioner represents as follows:

1. The petitioner filed a writ of habeas corpus in this Court on August 14, 2000, attacking his underlying conviction in the State of Connecticut on state charges.

2. On October 10, 2003, this Court endorsement the recommended ruling of a Magistrate Judge denying the relief requested.

3. Judgment entered for the respondent on December 2, 2003.

4. The petitioner filed a notice of appeal on January 8, 2004.

5. The appeal is currently pending on the docket of the appellate court and bears docket number 04–0560PR.

6. The undersigned did not seek a certificate of appealability as required by FRAP Rule 22 prior to the time of filing his notice of

       appeal.

7. The undersigned requested a Certificate of Appealability in 2005, and has been informed by Donna Thomas, a clerk of this Court, that the motion was granted on or about August 4, 2005, and that the United States Court of Appeals for the Second Circuit should have received an electronic copy of the certificate.

8. The Second Circuit has informed me that it has received no such Certificate.

9. The undersigned requests an a new Certificate and that the Certificate be sent to the Second Circuit so that the petitioner's appeal can be perfected and heard.

10. The respondent's counsel, JoAnn Sulik, consents to the granting of this certificate.

                        THE PETITIONER

                        BY_____
                            Norman A. Pattis
                            649 Amity Road
                            Bethany, CT 06524
                            203.393.9745
                            203.393.9745
                            Federal Bar No. 13120
                            His Attorney

## CERTIFICATION

_____This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid, on JUNE 23, 2006, to the following counsel of record:

Attorney JoAnn Sulik
Office of Chief State's Attorney
Appellate Bureau
300 Corporate Place
Rocky Hill, CT 06067

_____
Norman A. Pattis