

[Civil](v)v

[Criminal](v)v

[Query]()

[Reports](v)v

[Utilities](v)v

[Search]()

[Logout]()

```
MIME-Version:1.0
From:CMECF@ctd.uscourts.gov
To:CMECF@ctd.uscourts.gov
Bcc:CMECF_AHN@ctd.uscourts.gov,CMECF_HBF@ctd.uscourts.gov,James.Killen@po.state.ct.us,JoAnne.Sulik@po.state.
ct.us,alice_montz@ctd.uscourts.gov,lucia_brooks@ctd.uscourts.gov,pamela_chambers@ctd.uscourts.gov,kevin_loga
n@ctd.uscourts.gov,diane_kolesnikoff@ctd.uscourts.gov,kwaisonovitz@sbcglobal.net,napatty1@aol.com,dpeat@sbcg
lobal.net,jharris101@sbcglobal.net,npattis@sbcglobal.net
Message-Id:<945116@ctd.uscourts.gov>
Subject:Activity in Case 3:00-cv-01536-AHN Quintana v. Armstrong "Order on Motion for Certificate of
Appealability"
Content-Type: text/html
```

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

**U.S. District Court**

**District of Connecticut**

Notice of Electronic Filing

The following transaction was received from Esposito, A. entered on 7/18/2006 at 2:03 PM EDT and filed on 7/18/2006

**Case Name:**          Quintana v. Armstrong

**Case Number:**          [3:00-cv-1536]()

**Filer:**

**WARNING: CASE CLOSED on 12/02/2003**

**Document Number:**          32

**Docket Text:**
ORDER granting [31] Motion for Certificate of Appealability. The Clerk of the Court will forward a copy of the Certificate to the Court of Appeals . Signed by Judge Holly B. Fitzsimmons on 07/18/06. (Esposito, A.)

The following document(s) are associated with this transaction:

**3:00-cv-1536 Notice will be electronically mailed to:**

James A. Killen James.Killen@po.state.ct.us,

Norman A. Pattis npattis@sbcglobal.net, napatty1@aol.com; kwaisonovitz@sbcglobal.net; dpeat@sbcglobal.net; jharris101@sbcglobal.net

Jo Anne Sulik JoAnne.Sulik@po.state.ct.us,

Kim Coleman Waisonovitz kwaisonovitz@sbcglobal.net, npattis@sbcglobal.net; dpeat@sbcglobal.net; napatty1@aol.com; jharris101@sbcglobal.net

**3:00-cv-1536 Notice will be delivered by other means to:**

US Court of Appeals
Office of the Clerk
 US Courthouse
 Foley Square
New York, NY 10007